**UNITED STATES BANKRUPTCY COURT**
NORTHERN  DISTRICT OF  ILLINOIS
EASTERN  DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| Marion A. Busch | § | Case No. 12-48390 |
| | § | |
| Debtor(s) | § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that STEVEN R. RADTKE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
219 S. Dearborn Street
Chicago, IL  60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objection upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee application(s) and any objection to the Final Report will be held at:

10:30 a.m. on August 5, 2014
in Courtroom  644, U.S. Courthouse
219 South Dearborn Street, Chicago, IL  60604

If no objections are filed, upon entry of an order on the fee application(s), the Trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____            By: _____Kenneth S. Gardner_____
                                                  Clerk of the Bankruptcy Court

STEVEN R. RADTKE
79 WEST MONROE STREET
SUITE 1305
CHICAGO, IL 60603

UST Form 101-7-NFR (10/1/2010) *(Page: 1)*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
§
Marion A. Busch § Case No. 12-48390
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 764,560.50 |
| and approved disbursements of | $ | 465,093.83 |
| leaving a balance on hand of[1] | $ | 299,466.67 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: STEVEN R. RADTKE | $ 37,255.17 | $ 0.00 | $ 37,255.17 |
| Trustee Expenses: STEVEN R. RADTKE | $ 4.56 | $ 0.00 | $ 4.56 |
| Attorney for Trustee Fees: STEVEN R. RADTKE | $ 38,662.50 | $ 0.00 | $ 38,662.50 |
| Attorney for Trustee Expenses: STEVEN R. RADTKE | $ 209.56 | $ 0.00 | $ 209.56 |
| Accountant for Trustee Fees: Popowcer Katten Ltd. | $ 2,901.50 | $ 0.00 | $ 2,901.50 |
| Accountant for Trustee Expenses: Popowcer Katten Ltd. | $ 5.50 | $ 0.00 | $ 5.50 |
| Total to be paid for chapter 7 administrative expenses | | $ | 79,038.79 |
| Remaining Balance | | $ | 220,427.88 |

_____

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 102,923.81  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 2 | Deborah L. Busch | $ 92,640.70 | $ 0.00 | $ 92,640.70 |
| auto | FEDERAL UNEMPLOYMENT INSURANCE | $ 3,196.10 | $ 0.00 | $ 3,196.10 |
| auto | INTERNAL REVENUE SERVICE | $ 7,087.01 | $ 0.00 | $ 7,087.01 |

Total to be paid to priority creditors          $          102,923.81

Remaining Balance                              $          117,504.07

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 32,724.83  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be  100.0  percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Ltd. Loritz & Associates | $ 13,971.75 | $ 0.00 | $ 13,971.75 |
| 2 | Deborah L. Busch | $ 18,753.08 | $ 0.00 | $ 18,753.08 |

Total to be paid to timely general unsecured creditors          $          32,724.83

Remaining Balance                                              $          84,779.24

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

To the extent funds remain after payment in full to all allowed claims, interest will be paid at the legal rate of 0.2 % pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $ 322.10 . The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

The amount of surplus returned to the debtor after payment of all claims and interest is $ 84,457.14 .

Prepared By: /s/ Steven R. Radtke
Steven R. Radtke, Trustee

STEVEN R. RADTKE
79 WEST MONROE STREET
SUITE 1305
CHICAGO, IL 60603

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-NFR (10/1/2010) *(Page: 4)*

United States Bankruptcy Court
Northern District of Illinois

In re: Case No. 12-48390-PSH
Marion A. Busch Chapter 7
    Debtor

## CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: ahamilton              Page 1 of 1                  Date Rcvd: Jul 03, 2014
                              Form ID: pdf006              Total Noticed: 13
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 05, 2014.
```
db         +Marion A. Busch,    4133 W 99th St,    Oak Lawn, IL 60453-3503
19793979   +Bridgeview Health Care Center,    Attn: Teri L. Smith,    8100 S. Harlem Av.,
             Bridgeview, IL 60455-1690
20345034   +Deborah L. Busch,    Loritz & Associates, Ltd,    1100 Ravinia Place,   Orland Park, IL 60462-3765
19793981   +Dr. Gerald Connors,    10220 S. Cicero Av.,    Oak Lawn, IL 60453-4086
19793982   +Dr. Thomas Mareing,    10220 S. Cicero Av.,    Oak Lawn, IL 60453-4086
19793983   +Edmund Sajewski, Atty at Law,    10200 S. Cicero Av.,    Oak Lawn, IL 60453-4000
19793984   +GEO Construction & Contracting,    Attn: Giovanni Izurieta,    10220 S. Cicero Av.,
             Oak Lawn, IL 60453-4082
20318112   +Loritz & Associates, Ltd.,    c/o Richard F. Loritz,    1100 Ravinia Place,
             Orland Park, IL 60462-3765
19793985   +Parkside Insurance,    Attn: Donald Goeppner,    10200 S. Cicero Av.,   Oak Lawn, IL 60453-4087
19793986    Private Bank,    10815 S. Cicero Avenue,    Oak Lawn, IL 60453
19793987   +State Farm Insurance,    Attn: John J. McNicholas,    10200 S. Cicero Av.,
             Oak Lawn, IL 60453-4087
19793988   +Sunny Hill Home Health,    Attn: Ingrid Izurieta,    10220 S. Cicero Av.,   Oak Lawn, IL 60453-4086
19793989   +The Private Bank and Trust Co,    successor in interest to Founders Bank,
             101 N Wacker Dr, Ste 101,    Chicago, IL 60606-1714
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.    TOTAL: 0

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty         Chill, Chill & Radtke, PC
19793980   ##+C21 Accent Realty,   Attn: William Insley,   10200 S. Cicero Av.,   Oak Lawn, IL 60453-4087
                                                                                             TOTALS: 1, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 05, 2014                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 2, 2014 at the address(es) listed below:
```
              David P Lloyd    on behalf of Debtor Marion A. Busch courtdocs@davidlloydlaw.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Scott E Jensen    on behalf of Creditor    The PrivateBank & Trust Company sjensen@mjwchicago.com
              Steven R Radtke    on behalf of Accountant    Popowcer Katten, Ltd. sradtke@chillchillradtke.com,
               sradtke@ecf.epiqsystems.com
              Steven R Radtke     sradtke@chillchillradtke.com, sradtke@ecf.epiqsystems.com
              Steven R Radtke    on behalf of Trustee Steven R Radtke sradtke@chillchillradtke.com,
               sradtke@ecf.epiqsystems.com
                                                                                             TOTAL: 6
```