UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re: §
§
Marion A. Busch § Case No. 12-48390
§
Debtor(s) §

## AMENDED TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter of the United States Bankruptcy Code was filed on . The undersigned trustee was appointed on .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of $

Funds were disbursed in the following amounts:

Payments made under an interim disbursement
Administrative expenses
Bank service fees
Other payments to creditors
Non-estate funds paid to 3rd Parties
Exemptions paid to the debtor
Other payments to the debtor

Leaving a balance on hand of[1] $

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

     5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

     6. The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

     7. The Trustee's proposed distribution is attached as **Exhibit D**.

     8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

     The trustee has received $\_\_\_\_\_ as interim compensation and now requests a sum of $\_\_\_\_\_, for a total compensation of $\_\_\_\_\_[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $\_\_\_\_, and now requests reimbursement for expenses of $\_\_\_\_, for total expenses of $\_\_\_\_[2].

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____ By:/s/STEVEN R. RADTKE_____
                                         Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| Case No: | 12-48390 | PSH | Judge: | Pamela S. Hollis | Trustee Name: | STEVEN R. RADTKE |
|---|---|---|---|---|---|---|
| Case Name: | Marion A. Busch | | | | Date Filed (f) or Converted (c): | 12/10/2012 (f) |
| | | | | | 341(a) Meeting Date: | 02/04/2013 |
| For Period Ending: | 08/12/2014 | | | | Claims Bar Date: | 05/13/2013 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 10361 S. Parkside Avenue Oaklawn, Il 60453 | 95,000.00 | 80,000.00 | OA | 0.00 | FA |
| 2. 10200 S. Cicero Avenue Oaklawn, Il 60453 | 500,000.00 | 329,457.45 | | 265,000.00 | FA |
| 3. 10220 S. Cicero Avenue Oaklawn, Il 60453 | 700,000.00 | 529,457.45 | | 450,000.00 | FA |
| 4. Checking Account First Merit | 342.17 | 342.17 | OA | 0.00 | FA |
| 5. Savings Account First Merit | 1,302.86 | 1,302.86 | OA | 0.00 | FA |
| 6. Ordinary Furniture And Household Goods | 1,500.00 | 0.00 | OA | 0.00 | FA |
| 7. Ordinary Clothing | 200.00 | 0.00 | OA | 0.00 | FA |
| 8. Proceeds from operating account (u)  Close out of 10220 S. Cicero bank account | 0.00 | 0.00 | | 29,315.44 | FA |
| 9. Proceeds from operating account (u)  Close out of operating account | 0.00 | 0.00 | | 256.76 | FA |
| 10. Proceeds from The Private Bank management accounts | 0.00 | 0.00 | | 1,964.98 | FA |
| 11. Forefeited Escrow Deposit (u) | 10,000.00 | 10,000.00 | | 10,000.00 | FA |
| 12. Proceeds from bank account (u)  Close out of 10200 S. Cicero bank account | 8,023.32 | 8,023.32 | | 8,023.32 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | Unknown |

Gross Value of Remaining Assets
TOTALS (Excluding Unknown Values)       $1,316,368.35       $958,583.25       $764,560.50       $0.00
(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

UST Form 101-7-TFR (5/1/2011) *(Page: 3)*

Exhibit A

On May 24, 2013, the Trustee sold the commercial property located at 10220 S. Cicero, Oak Lawn, Illinois for the sum of $450,000 and recovered rents in the amount of $29,315.44.  On August 23, 2013, the Trustee sold the commercial property located at 10200 S. Cicero, Oak Lawn, IL for the sum of $255,000.00.  On October 7, 2013, the Trustee recovered $10,000 from a pre-petition forfeiture of an earnest money deposit with respect to debtor's unsuccessful attempt to sell one of the commercial properties.  Finally, the Trustee collected another $10,245.06 in cash.

The Trustee retained an accountant to calculate tax due and to file his Form 1041's.  The accountant also calculated the taxes due and owing as to the withholding on the trustee's payment of a wage claim.  The trustee paid all debt secured by the commercial real estate.  He paid all taxes required to be paid in connection with his state and federal 1041 tax liability.  Funds are available to pay all taxes associated with payment of a wage claim.  Unsecured creditors will be paid 100% of their allowed claims, plus interest.  A surplus of $84,457.14 will be paid to the debtor.

TFR and fee applications have been prepared and submitted to UST; TFR submitted to Trustee for approval (UST approved TFR 7/1/14; Hrg on TFR and fee apps set for 8/5/14)


Initial Projected Date of Final Report (TFR): 01/30/2015          Current Projected Date of Final Report (TFR): 01/30/2015

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| | |  | |
|---|---|---|---|
| Case No: | 12-48390 | Trustee Name: | STEVEN R. RADTKE |
| Case Name: | Marion A. Busch | Bank Name: | Associated Bank |
| | | Account Number/CD#: | XXXXXX5422 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX1951 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 08/12/2014 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 05/28/13 | | Chicago Title and Trust Company<br>7831 West 95th Street<br>Hickory Hills, IL 60457 | Proceeds of sale of trustee's right, title and interest in real estate | | $62,125.76 | | $62,125.76 |
| | | | Gross Receipts  $450,000.00 | | | | |
| | | Wm. C. Groebe & Co. | Partial Commission  ($10,000.00) | 3510-000 | | | |
| | | Wm. C. Groebe & Co. | Balace of Commission  ($12,500.00) | 3510-000 | | | |
| | | Security Deposits | Seller Credit for Security Deposits  ($8,826.00) | 2500-000 | | | |
| | | Prepaid Rent | Seller Credit for Prepaid Rent  ($1,554.44) | 2500-000 | | | |
| | | General Real Estate Taxes | 2012 2nd installment  ($9,976.75) | 4700-000 | | | |
| | | County Tax | County Tax  ($8,746.56) | 4700-000 | | | |
| | | State Transfer Tax | State Transfer Tax  ($450.00) | 2500-000 | | | |
| | | County Transfer Tax | County Transfer Tax  ($225.00) | 2500-000 | | | |
| | | Chuck Groebe, Broker | Reimbursement of advance for Oak Lawn Transfer Tax  ($2,275.00) | 2500-000 | | | |
| | | Chuck Groebe, Broker | Reimbursement of advance for Oak Lawn water bill  ($134.49) | 2500-000 | | | |
| | | Chicago Title | Title charges  ($3,186.00) | 3520-000 | | | |
| | | Founders Bank | Payoff of loan  ($330,000.00) | 4110-000 | | | |
| | 3 | | 10220 S. Cicero Avenue  $450,000.00<br>Oaklawn, Il 60453 | 1110-000 | | | |
| 05/28/13 | 8 | Deborah L. Busch<br>4133 West 99th Street<br>Oak Lawn, IL 60453 | Proceeds of Operating Account<br><br>Close out of operating account for 10220 S. Cicero | 1229-000 | $29,315.44 | | $91,441.20 |

| | | | | | | |
|---|---|---|---|---|---|---|
| UST Form 101-7-TFR (5/1/2011) *(Page: 5)* | | | Page Subtotals: | | $91,441.20 | $0.00 |

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| Case No: | 12-48390 | Trustee Name: | STEVEN R. RADTKE |
| Case Name: | Marion A. Busch | Bank Name: | Associated Bank |
| | | Account Number/CD#: | XXXXXX5422 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX1951 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 08/12/2014 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 06/07/13 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $35.07 | $91,406.13 |
| 07/08/13 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $131.48 | $91,274.65 |
| 08/07/13 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $135.71 | $91,138.94 |
| 08/26/13 | | Chicago Title and Trust Company 7831 West 95th Street Hickory Hills, IL 60457 | Proceeds of sale of trustee's right, title and interest in real estate | | $198,804.57 | | $289,943.51 |
| | | | Gross Receipts   $265,000.00 | | | | |
| | | Wm. C. Groebe & Co. | Broker's commission   ($13,250.00) | 3510-000 | | | |
| | | The Private Bank | Payoff of loan   ($33,179.38) | 4110-000 | | | |
| | | Security Deposits | Seller Credit for Security Deposits   ($1,125.50) | 2500-000 | | | |
| | | Prepaid Rent | Seller Credit for Prepaid Rent   ($933.85) | 2500-000 | | | |
| | | JNT Land Surveying Services, Inc. | survey   ($500.00) | 2500-000 | | | |
| | | General Real Estate Taxes | 2013 @105% of 2012 bill   ($13,393.00) | 4700-000 | | | |
| | | State Transfer Tax | State Tranfser Tax   ($265.00) | 2500-000 | | | |
| | | County Transfer Tax | County Transfer Tax   ($132.50) | 2500-000 | | | |
| | | Oak Lawn Transfer Tax | Oak Lawn Transfer Tax   ($1,325.00) | 2500-000 | | | |
| | | Village of Oak Lawn | water bill   ($61.70) | 2500-000 | | | |
| | | Chicago Title | Title charges   ($2,029.50) | 3520-000 | | | |

UST Form 101-7-TFR (5/1/2011) *(Page: 6)*              Page Subtotals:              $198,804.57     $302.26

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |
|---|---|
| Case No: 12-48390 | Trustee Name: STEVEN R. RADTKE |
| Case Name: Marion A. Busch | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX5422 |
| | Checking |
| Taxpayer ID No: XX-XXX1951 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 08/12/2014 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | 2 | | 10200 S. Cicero Avenue $265,000.00 Oaklawn, Il 60453 | 1110-000 | | | |
| 09/04/13 | 9 | Deborah L. Busch | Proceeds of Operating Account  Close out of operating account | 1229-000 | $256.76 | | $290,200.27 |
| 09/09/13 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $221.31 | $289,978.96 |
| 09/17/13 | 10 | The PrivateBank | Proceeds from Closed Management Accounts Balances from building management accounts at The Private Bank for 10200 S. Cicero and 10220 S. Cicero, Oak Lawn, IL | 1129-000 | $1,964.98 | | $291,943.94 |
| 10/07/13 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $418.59 | $291,525.35 |
| 10/08/13 | 11 | REAL 10 LLC dba RE/MAX 10 9909 Southwest Highway Oak Lawn, IL 60453 | Forefeited Escrow Deposit | 1290-000 | $10,000.00 | | $301,525.35 |
| 10/22/13 | 12 | Deborah L. Busch | Proceeds from bank account Closed 10200 S. Cicero bank account | 1229-000 | $8,023.32 | | $309,548.67 |
| 02/17/14 | 1001 | United States Treasury Department of the Treasury Internal Revenue Service Center Cincinnati, OH 45999-0148 | FEIN: 46-6771951; 2013 Form 1041 | 2810-000 | | $5,652.00 | $303,896.67 |
| 02/17/14 | 1002 | Illinois Department of Revenue P.O. Box 19053 Springfield, IL 62794-9053 | FEIN: 46-6771951; 2013 Form IL-1041-V | 2820-000 | | $4,430.00 | $299,466.67 |

| | | |
|---|---|---|
| COLUMN TOTALS | $310,490.83 | $11,024.16 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $310,490.83 | $11,024.16 |
| Less: Payments to Debtors | $0.00 | $0.00 |

UST Form 101-7-TFR (5/1/2011) *(Page: 7)*

Page Subtotals: $20,245.06    $10,721.90

Net $310,490.83    $11,024.16

Exhibit B

Exhibit B

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX5422 - Checking | $310,490.83 | $11,024.16 | $299,466.67 |
|  | $310,490.83 | $11,024.16 | $299,466.67 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $454,069.67 |
| Total Net Deposits: | $310,490.83 |
| Total Gross Receipts: | $764,560.50 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 12-48390
Debtor Name: Marion A. Busch
Claims Bar Date: 5/13/2013

Date: August 12, 2014

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 100 2100 | STEVEN R. RADTKE<br>CHILL, CHILL & RADTKE, P.C.<br>79 WEST MONROE STREET<br>SUITE 1305<br>CHICAGO, IL  60603<br>, | Administrative | | $0.00 | $37,255.17 | $37,255.17 |
| 100 2200 | STEVEN R. RADTKE<br>CHILL, CHILL & RADTKE, P.C.<br>79 WEST MONROE STREET<br>SUITE 1305<br>CHICAGO, IL  60603<br>, | Administrative | | $0.00 | $4.56 | $4.56 |
| 100 3110 | STEVEN R. RADTKE<br>CHILL, CHILL & RADTKE, P.C.<br>79 WEST MONROE STREET<br>SUITE 1305<br>CHICAGO, IL  60603<br>, | Administrative | | $0.00 | $38,662.50 | $38,662.50 |
| 100 3120 | STEVEN R. RADTKE<br>CHILL, CHILL & RADTKE, P.C.<br>79 WEST MONROE STREET<br>SUITE 1305<br>CHICAGO, IL  60603<br>, | Administrative | | $0.00 | $209.56 | $209.56 |
| 100 3410 | Popowcer Katten Ltd.<br>35 East Wacker Drive, Suite 1550<br>Chicago, IL 60601-2124 | Administrative | | $0.00 | $2,901.50 | $2,901.50 |
| 100 3420 | Popowcer Katten Ltd.<br>35 East Wacker Drive, Suite 1550<br>Chicago, IL 60601-2124 | Administrative | | $0.00 | $5.50 | $5.50 |
| 2 230 5300 | Deborah L. Busch<br>Loritz & Associates, Ltd<br>1100 Ravinia Place<br>Orland Park, Il 60462 | Priority | | $0.00 | $92,640.70 | $92,640.70 |
| 1 300 7100 | Ltd. Loritz & Associates<br>Loritz & Associates, Ltd.<br>C/O Richard F. Loritz<br>1100 Ravinia Place<br>Orland Park, Il 60462 | Unsecured | | $0.00 | $13,971.75 | $13,971.75 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 12-48390  
Debtor Name: Marion A. Busch  
Claims Bar Date: 5/13/2013  

Date: August 12, 2014

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 2 | Deborah L. Busch | Unsecured | | $0.00 | $18,753.08 | $18,753.08 |
| 300 | Loritz & Associates, Ltd | | | | | |
| 7100 | 1100 Ravinia Place | | | | | |
| | Orland Park, Il 60462 | | | | | |
| | Case Totals | | | $0.00 | $204,404.32 | $204,404.32 |

Code#: Trustee's Claim Number, Priority Code, Claim Type (UTC)

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 12-48390
Case Name: Marion A. Busch
Trustee Name: STEVEN R. RADTKE

Balance on hand $

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: STEVEN R. RADTKE | $ | $ | $ |
| Trustee Expenses: STEVEN R. RADTKE | $ | $ | $ |
| Attorney for Trustee Fees: STEVEN R. RADTKE | $ | $ | $ |
| Attorney for Trustee Expenses: STEVEN R. RADTKE | $ | $ | $ |
| Accountant for Trustee Fees: Popowcer Katten Ltd. | $ | $ | $ |
| Accountant for Trustee Expenses: Popowcer Katten Ltd. | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses    $_____

Remaining Balance    $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

      In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $         must be paid in advance of any dividend to general (unsecured) creditors.

      Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 2 | Deborah L. Busch | $ | $ | $ |
| auto | INTERNAL REVENUE SERVICE | $ | $ | $ |

      Total to be paid to priority creditors      $_____

      Remaining Balance      $_____

      The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

      Timely claims of general (unsecured) creditors totaling $         have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be       percent, plus interest (if applicable).

      Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Ltd. Loritz & Associates | $ | $ | $ |
| 2 | Deborah L. Busch | $ | $ | $ |

      Total to be paid to timely general unsecured creditors      $_____

      Remaining Balance      $_____

  Tardily filed claims of general (unsecured) creditors totaling $          have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be        percent.

  Tardily filed general (unsecured) claims are as follows:

NONE

  Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $        have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be        percent.

  Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

  To the extent funds remain after payment in full to all allowed claims, interest will be paid at the legal rate of        % pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $          . The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

  The amount of surplus returned to the debtor after payment of all claims and interest is $            .