UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

| In re: | § | |
|---|---|---|
| | § | |
| Marion A. Busch | § | Case No. 12-48390 |
| | § | |
| Debtor(s) | § | |

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

    STEVEN R. RADTKE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

    3) Total gross receipts of $       (see **Exhibit 1**), minus funds paid to the debtor and third parties of $     (see **Exhibit 2**), yielded net receipts of $       from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS:<br>    CHAPTER 7 ADMIN. FEES<br>    AND CHARGES<br>    (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER<br>    ADMIN. FEES AND<br>    CHARGES (from **Exhibit 5**) |  |  |  |  |
|     PRIORITY UNSECURED<br>    CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED<br>CLAIMS (from **Exhibit 7**) |  |  |  |  |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

    4)  This case was originally filed under chapter   on           . The case was pending for     months.

    5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6)  An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

    Dated: _____   By:/s/STEVEN R. RADTKE_____
                                                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Busch, Marion A. |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Private Bank 10815 S. Cicero Avenue Oak Lawn, IL 60453 | | | | | |
| | The Private Bank 10815 S. Cicero Avenue Oak Lawn, IL 60453 | | | | | |
| | Founders Bank | | | | | |
| | The Private Bank | | | | | |
| | County Tax | | | | | |
| | General Real Estate Taxes | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| STEVEN R. RADTKE | | | | | |
| STEVEN R. RADTKE | | | | | |
| Chuck Groebe, Broker | | | | | |
| County Transfer Tax | | | | | |
| JNT Land Surveying Services, Inc. | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Oak Lawn Transfer Tax | | | | | |
| Prepaid Rent | | | | | |
| Security Deposits | | | | | |
| State Transfer Tax | | | | | |
| Village of Oak Lawn | | | | | |
| Associated Bank | | | | | |
| United States Treasury | | | | | |
| Illinois Department of Revenue | | | | | |
| STEVEN R. RADTKE | | | | | |
| STEVEN R. RADTKE | | | | | |
| Popowcer Katten Ltd. | | | | | |
| Popowcer Katten Ltd. | | | | | |
| Wm. C. Groebe & Co. | | | | | |
| Chicago Title | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

UST Form 101-7-TDR (10/1/2010) *(Page: 5)*

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | Deborah L. Busch | | | | | |
| | INTERNAL REVENUE SERVICE | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bridgeview Health Care Center Attn: Teri L. Smith 8100 S. Harlem Av. Bridgeview, IL 60455 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bridgeview Health Care Center Attn: Teri L. Smith 8100 S. Harlem Av. Bridgeview, IL 60455 | | | | | |
| | Deborah L. Busch 4133 W. 99th Strett Oak Lawn, IL 60453 | | | | | |
| | Loritz & Associates, Ltd. 1100 Ravinia Place Orland Park, IL 60462 | | | | | |
| 2 | Deborah L. Busch | | | | | |
| 1 | Ltd. Loritz & Associates | | | | | |
| | Deborah L. Busch | | | | | |
| | Ltd. Loritz & Associates | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

UST Form 101-7-TDR (10/1/2010) *(Page: 7)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 12-48390 | PSH | Judge: | Pamela S. Hollis | Trustee Name: | STEVEN R. RADTKE |
|---|---|---|---|---|---|---|
| Case Name: | Marion A. Busch | | | | Date Filed (f) or Converted (c): | 12/10/2012 (f) |
| | | | | | 341(a) Meeting Date: | 02/04/2013 |
| For Period Ending: | 03/09/2015 | | | | Claims Bar Date: | 05/13/2013 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 10361 S. Parkside Avenue Oaklawn, Il 60453 | 95,000.00 | 80,000.00 | | 0.00 | FA |
| 2. 10200 S. Cicero Avenue Oaklawn, Il 60453 | 500,000.00 | 329,457.45 | | 265,000.00 | FA |
| 3. 10220 S. Cicero Avenue Oaklawn, Il  60453 | 700,000.00 | 529,457.45 | | 450,000.00 | FA |
| 4. Checking Account  First Merit | 342.17 | 342.17 | | 0.00 | FA |
| 5. Savings Account First Merit | 1,302.86 | 1,302.86 | | 0.00 | FA |
| 6. Ordinary Furniture And Household Goods | 1,500.00 | 0.00 | | 0.00 | FA |
| 7. Ordinary Clothing | 200.00 | 0.00 | | 0.00 | FA |
| 8. Proceeds from operating account (u)   Close out of 10220 S. Cicero bank account | 0.00 | 0.00 | | 29,315.44 | FA |
| 9. Proceeds from operating account (u)   Close out of operating account | 0.00 | 0.00 | | 256.76 | FA |
| 10. Proceeds from The Private Bank management accounts | 0.00 | 0.00 | | 1,964.98 | FA |
| 11. Forefeited Escrow Deposit (u) | 10,000.00 | 10,000.00 | | 10,000.00 | FA |
| 12. Proceeds from bank account (u)   Close out of 10200 S. Cicero bank account | 8,023.32 | 8,023.32 | | 8,023.32 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | Unknown |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)         $1,316,368.35         $958,583.25         $764,560.50         $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

On May 24, 2013, the Trustee sold the commercial property located at 10220 S. Cicero, Oak Lawn, Illinois for the sum of $450,000 and recovered rents in the amount of $29,315.44.  On August 23, 2013, the Trustee sold the commercial property located at 10200 S. Cicero, Oak Lawn, IL for the sum of $255,000.  On October 7, 2013, the Trustee recovered $10,000 from a pre-petition forfeiture of an earnest money deposit with respect to debtor's unsuccessful attempt to sell one of the commercial properties.  Finally, the Trustee collected another $10,245.06 in cash.

The Trustee retained an accountant to calculate tax due and to file his Form 1041's.  The accountant also calculated the taxes due and owing as to the withholding on the trustee's payment of a wage claim.  The trustee paid all debt secured by the commercial real estate.  He paid all taxes required to be paid in connection with his state and federal 1041 tax liability.  Funds are available to pay all taxes associated with payment of a wage claim.  Unsecured creditors will be paid 100% of their allowed claims, plus interest.  A surplus of $84,457.14 will be paid to the debtor.

TFR and fee applications have been prepared and submitted to UST; TFR submitted to Trustee for approval (UST approved TFR 7/1/14; Hrg on TFR and fee apps set for 8/5/14; orders entered; checks prepared and mailed except for surplus check.

Debtor passed away after filing petition; Trustee awaiting appointment of executor in probate proceedings and  will forward surplus check upon receipt of certified copy of letters of office ; Trustee in ongoing communication with attorney for estate and expects letters by 12/15/14

Initial Projected Date of Final Report (TFR): 01/30/2015          Current Projected Date of Final Report (TFR): 01/30/2015

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 12-48390 | Trustee Name: | STEVEN R. RADTKE |
| Case Name: | Marion A. Busch | Bank Name: | Associated Bank |
| | | Account Number/CD#: | XXXXXX5422 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX1951 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 03/09/2015 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 05/28/13 | | Chicago Title and Trust Company<br>7831 West 95th Street<br>Hickory Hills, IL 60457 | Proceeds of sale of trustee's right, title and interest in real estate | | $62,125.76 | | $62,125.76 |
| | | | Gross Receipts $450,000.00 | | | | |
| | | Wm. C. Groebe & Co. | Partial Commission ($10,000.00) | 3510-000 | | | |
| | | Wm. C. Groebe & Co. | Balace of Commission ($12,500.00) | 3510-000 | | | |
| | | Security Deposits | Seller Credit for Security Deposits ($8,826.00) | 2500-000 | | | |
| | | Prepaid Rent | Seller Credit for Prepaid Rent ($1,554.44) | 2500-000 | | | |
| | | General Real Estate Taxes | 2012 2nd installment ($9,976.75) | 4700-000 | | | |
| | | County Tax | County Tax ($8,746.56) | 4700-000 | | | |
| | | State Transfer Tax | State Transfer Tax ($450.00) | 2500-000 | | | |
| | | County Transfer Tax | County Transfer Tax ($225.00) | 2500-000 | | | |
| | | Chuck Groebe, Broker | Reimbursement of advance for Oak Lawn Transfer Tax ($2,275.00) | 2500-000 | | | |
| | | Chuck Groebe, Broker | Reimbursement of advance for Oak Lawn water bill ($134.49) | 2500-000 | | | |
| | | Chicago Title | Title charges ($3,186.00) | 3520-000 | | | |
| | | Founders Bank | Payoff of loan ($330,000.00) | 4110-000 | | | |
| | 3 | | 10220 S. Cicero Avenue $450,000.00<br>Oaklawn, Il 60453 | 1110-000 | | | |
| 05/28/13 | 8 | Deborah L. Busch<br>4133 West 99th Street<br>Oak Lawn, IL 60453 | Proceeds of Operating Account<br><br>Close out of operating account for 10220 S. Cicero | 1229-000 | $29,315.44 | | $91,441.20 |

Page Subtotals:  $91,441.20   $0.00

UST Form 101-7-TDR (10/1/2010) (Page: 10)

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 12-48390 | Trustee Name: | STEVEN R. RADTKE |
|---|---|---|---|
| Case Name: | Marion A. Busch | Bank Name: | Associated Bank |
| | | Account Number/CD#: | XXXXXX5422 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX1951 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 03/09/2015 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 06/07/13 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $35.07 | $91,406.13 |
| 07/08/13 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $131.48 | $91,274.65 |
| 08/07/13 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $135.71 | $91,138.94 |
| 08/26/13 | | Chicago Title and Trust Company 7831 West 95th Street Hickory Hills, IL 60457 | Proceeds of sale of trustee's right, title and interest in real estate | | $198,804.57 | | $289,943.51 |
| | | | Gross Receipts  $265,000.00 | | | | |
| | | Wm. C. Groebe & Co. | Broker's commission  ($13,250.00) | 3510-000 | | | |
| | | The Private Bank | Payoff of loan  ($33,179.38) | 4110-000 | | | |
| | | Security Deposits | Seller Credit for Security Deposits  ($1,125.50) | 2500-000 | | | |
| | | Prepaid Rent | Seller Credit for Prepaid Rent  ($933.85) | 2500-000 | | | |
| | | JNT Land Surveying Services, Inc. | survey  ($500.00) | 2500-000 | | | |
| | | General Real Estate Taxes | 2013 @105% of 2012 bill  ($13,393.00) | 4700-000 | | | |
| | | State Transfer Tax | State Tranfser Tax  ($265.00) | 2500-000 | | | |
| | | County Transfer Tax | County Transfer Tax  ($132.50) | 2500-000 | | | |
| | | Oak Lawn Transfer Tax | Oak Lawn Transfer Tax  ($1,325.00) | 2500-000 | | | |
| | | Village of Oak Lawn | water bill  ($61.70) | 2500-000 | | | |
| | | Chicago Title | Title charges  ($2,029.50) | 3520-000 | | | |

| | Page Subtotals: | | $198,804.57 | $302.26 |
|---|---|---|---|---|

UST Form 101-7-TDR (10/1/2010) (Page: 11)

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

Case No: 12-48390  
Case Name: Marion A. Busch  
Taxpayer ID No: XX-XXX1951  
For Period Ending: 03/09/2015  

Trustee Name: STEVEN R. RADTKE  
Bank Name: Associated Bank  
Account Number/CD#: XXXXXX5422  
Checking  
Blanket Bond (per case limit): $5,000,000.00  
Separate Bond (if applicable):

| 1<br>Transaction Date | 2<br>Check or Reference | 3<br>Paid To / Received From | 4<br>Description of Transaction | Uniform Tran. Code | 5<br>Deposits ($) | 6<br>Disbursements ($) | 7<br>Account/CD Balance ($) |
|---|---|---|---|---|---|---|---|
| | 2 | | 10200 S. Cicero Avenue  $265,000.00<br>Oaklawn, Il 60453 | 1110-000 | | | |
| 09/04/13 | 9 | Deborah L. Busch | Proceeds of Operating Account<br><br>Close out of operating account | 1229-000 | $256.76 | | $290,200.27 |
| 09/09/13 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $221.31 | $289,978.96 |
| 09/17/13 | 10 | The PrivateBank | Proceeds from Closed Management Accounts<br>Balances from building management accounts at The Private Bank for 10200 S. Cicero and 10220 S. Cicero, Oak Lawn, IL | 1129-000 | $1,964.98 | | $291,943.94 |
| 10/07/13 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $418.59 | $291,525.35 |
| 10/08/13 | 11 | REAL 10 LLC dba RE/MAX 10<br>9909 Southwest Highway<br>Oak Lawn, IL 60453 | Forefeited Escrow Deposit | 1290-000 | $10,000.00 | | $301,525.35 |
| 10/22/13 | 12 | Deborah L. Busch | Proceeds from bank account Closed 10200 S. Cicero bank account | 1229-000 | $8,023.32 | | $309,548.67 |
| 02/17/14 | 1001 | United States Treasury<br>Department of the Treasury<br>Internal Revenue Service Center<br>Cincinnati, OH 45999-0148 | FEIN: 46-6771951; 2013 Form 1041 | 2810-000 | | $5,652.00 | $303,896.67 |
| 02/17/14 | 1002 | Illinois Department of Revenue<br>P.O. Box 19053<br>Springfield, IL 62794-9053 | FEIN: 46-6771951; 2013 Form IL-1041-V | 2820-000 | | $4,430.00 | $299,466.67 |
| 09/05/14 | 1003 | STEVEN R. RADTKE<br>CHILL, CHILL & RADTKE, P.C.<br>79 WEST MONROE STREET<br>SUITE 1305<br>CHICAGO, IL 60603<br>, | Final distribution representing a payment of 100.00 % per court order. | 2100-000 | | $37,255.17 | $262,211.50 |
| | | | Page Subtotals: | | $20,245.06 | $47,977.07 | |

UST Form 101-7-TDR (10/1/2010) *(Page: 12)*

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: 12-48390 | Trustee Name: STEVEN R. RADTKE |
| Case Name: Marion A. Busch | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX5422 |
| | Checking |
| Taxpayer ID No: XX-XXX1951 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 03/09/2015 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 09/05/14 | 1004 | STEVEN R. RADTKE<br>CHILL, CHILL & RADTKE, P.C.<br>79 WEST MONROE STREET<br>SUITE 1305<br>CHICAGO, IL  60603<br>, | Final distribution representing a payment of 100.00 % per court order. | 2200-000 | | $4.56 | $262,206.94 |
| 09/05/14 | 1005 | STEVEN R. RADTKE<br>CHILL, CHILL & RADTKE, P.C.<br>79 WEST MONROE STREET<br>SUITE 1305<br>CHICAGO, IL  60603<br>, | Final distribution representing a payment of 100.00 % per court order. | 3110-000 | | $38,662.50 | $223,544.44 |
| 09/05/14 | 1006 | STEVEN R. RADTKE<br>CHILL, CHILL & RADTKE, P.C.<br>79 WEST MONROE STREET<br>SUITE 1305<br>CHICAGO, IL  60603<br>, | Final distribution representing a payment of 100.00 % per court order. | 3120-000 | | $209.56 | $223,334.88 |
| 09/05/14 | 1007 | Popowcer Katten Ltd.<br>35 East Wacker Drive, Suite 1550<br>Chicago, IL 60601-2124 | Final distribution representing a payment of 100.00 % per court order. | 3410-000 | | $2,901.50 | $220,433.38 |
| 09/05/14 | 1008 | Popowcer Katten Ltd.<br>35 East Wacker Drive, Suite 1550<br>Chicago, IL 60601-2124 | Final distribution representing a payment of 100.00 % per court order. | 3420-000 | | $5.50 | $220,427.88 |
| 09/05/14 | 1009 | Deborah L. Busch<br>Loritz & Associates, Ltd<br>1100 Ravinia Place<br>Orland Park, Il 60462 | Final distribution to claim 2 representing a payment of 100.00 % per court order. | | | $58,040.61 | $162,387.27 |
| | | | ($279.14) | 7990-000 | | | |
| | | Deborah L. Busch | Final distribution to claim 2 representing a payment of 100.00 % per court order. ($57,761.47) | 5300-000 | | | |
| 09/05/14 | 1010 | INTERNAL REVENUE SERVICE | Final distribution representing a payment of 100.00 % per court order. | 5300-002 | | $23,160.18 | $139,227.09 |

| | Page Subtotals: | $0.00 | $122,984.41 |
|---|---|---|---|

UST Form 101-7-TDR (10/1/2010)  *(Page: 13)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 12-48390 | Trustee Name: | STEVEN R. RADTKE |
| Case Name: | Marion A. Busch | Bank Name: | Associated Bank |
| | | Account Number/CD#: | XXXXXX5422 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX1951 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 03/09/2015 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 09/05/14 | 1011 | ILLINOIS DEPARTMENT OF REVENUE | Final distribution representing a payment of 100.00 % per court order. | 5300-002 | | $4,632.04 | $134,595.05 |
| 09/05/14 | 1012 | INTERNAL REVENUE SERVICE | Final distribution representing a payment of 100.00 % per court order. | 5300-002 | | $1,343.29 | $133,251.76 |
| 09/05/14 | 1013 | INTERNAL REVENUE SERVICE | Final distribution representing a payment of 100.00 % per court order. | 5300-002 | | $5,743.72 | $127,508.04 |
| 09/05/14 | 1014 | INTERNAL REVENUE SERVICE | Final distribution representing a payment of 100.00 % per court order. | 5800-002 | | $1,343.29 | $126,164.75 |
| 09/05/14 | 1015 | INTERNAL REVENUE SERVICE | Final distribution representing a payment of 100.00 % per court order. | 5800-002 | | $5,743.72 | $120,421.03 |
| 09/05/14 | 1016 | Ltd. Loritz & Associates<br>Loritz & Associates, Ltd.<br>C/O Richard F. Loritz<br>1100 Ravinia Place<br>Orland Park, Il 60462 | Final distribution to claim 1 representing a payment of 100.00 % per court order. | | | $14,013.85 | $106,407.18 |
| | | | ($42.10) | 7990-000 | | | |
| | | Ltd. Loritz & Associates | Final distribution to claim 1 representing a payment of 100.00 % per court order. | ($13,971.75) | 7100-000 | | |
| 09/05/14 | 1017 | Deborah L. Busch<br>Loritz & Associates, Ltd<br>1100 Ravinia Place<br>Orland Park, Il 60462 | Final distribution to claim 2 representing a payment of 100.00 % per court order. | | | $18,809.59 | $87,597.59 |
| | | | ($56.51) | 7990-000 | | | |
| | | Deborah L. Busch | Final distribution to claim 2 representing a payment of 100.00 % per court order. | ($18,753.08) | 7100-000 | | |
| 09/05/14 | 1018 | Marion A. Busch<br>10361 S. PARKSIDE AVENUE<br>OAK LAWN, IL  60453 | Distribution of surplus funds to debtor. | 8200-000 | | $87,597.59 | $0.00 |

| | | | Page Subtotals: | | $0.00 | $139,227.09 | |

UST Form 101-7-TDR (10/1/2010)   (Page: 14)

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No: 12-48390
Case Name: Marion A. Busch
Taxpayer ID No: XX-XXX1951
For Period Ending: 03/09/2015

Trustee Name: STEVEN R. RADTKE
Bank Name: Associated Bank
Account Number/CD#: XXXXXX5422
Checking
Blanket Bond (per case limit): $5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 01/15/15 | 1018 | Marion A. Busch<br>10361 S. PARKSIDE AVENUE<br>OAK LAWN, IL  60453 | Distribution of surplus funds to debtor. Reversal<br>Debtor passed away after filing petition. While Trustee awaited appointment of Executor in probate proceedings and receipt of certified copy of letters of office check became stale. New check will be issued to Debtor and forwarded to Executor. | 8200-000 | | ($87,597.59) | $87,597.59 |
| 01/19/15 | 1019 | Marion A. Busch<br>10361 S. Parkside Avenue<br>Oak Lawn, IL 60453 | Distribution of surplus funds to Debtor | 8200-002 | | $87,597.59 | $0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | $310,490.83 | $310,490.83 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $310,490.83 | $310,490.83 |
| Less: Payments to Debtors | $0.00 | $87,597.59 |
| Net | $310,490.83 | $222,893.24 |

Page Subtotals:    $0.00    $0.00

UST Form 101-7-TDR (10/1/2010) *(Page: 15)*

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX5422 - Checking | $310,490.83 | $222,893.24 | $0.00 |
|  | $310,490.83 | $222,893.24 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| **Total Allocation Receipts:** | $454,069.67 |
| **Total Net Deposits:** | $310,490.83 |
| **Total Gross Receipts:** | $764,560.50 |

Page Subtotals:   $0.00   $0.00